UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **DEANGELO WHITAKER #139021** | **CIVIL ACTION NO. 23-cv-867 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **OCHSNER L S U HEALTH SHREVEPORT** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 6] previously filed herein, and having thoroughly reviewed the record, including the written Objection [Doc. No. 8] filed by Plaintiff DeAngelo Whitaker ("Whitaker"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Whitaker's Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2).

THUS, DONE AND SIGNED at Monroe, Louisiana, this the 16th day of August, 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE